No. 11–706. CURRY, DBA INTERSTATE NEWS & TOBACCO *v.* CITY OF RICHMOND, KENTUCKY. Ct. App. Ky. Certiorari denied.

No. 11–709. KLINE *v.* KLINE. C. A. 9th Cir. Certiorari denied.

No. 11–720. DIANA *v.* OLIPHANT ET AL. C. A. 3d Cir. Certiorari denied.

No. 11–722. BRITTON, ADMINISTRATOR OF THE ESTATE OF BRENNAN *v.* CHURCH OF SCIENTOLOGY FLAG SERVICE ORGANIZATION, INC. C. A. 11th Cir. Certiorari denied.

No. 11–723. ARNOLD *v.* CITY OF COLUMBUS, GEORGIA, ET AL. C. A. 11th Cir. Certiorari denied.

No. 11–724. BATES *v.* WARREN, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 11–728. AEROLEASE OF AMERICA, INC. *v.* VREELAND, ADMINISTRATOR AD LITEM FOR THE ESTATE OF MARTINEZ ET AL. Sup. Ct. Fla. Certiorari denied.

No. 11–729. UTE MOUNTAIN UTE TRIBE *v.* PADILLA, SECRETARY, NEW MEXICO TAXATION AND REVENUE DEPARTMENT. C. A. 10th Cir. Certiorari denied.

No. 11–731. COSCIA, ADMINISTRATRIX OF THE ESTATE OF COSCIA *v.* TOWN OF PEMBROKE, MASSACHUSETTS, ET AL. C. A. 1st Cir. Certiorari denied.

No. 11–732. N & D INVESTMENT CORP. ET AL. *v.* GALDAMES ET AL. C. A. 11th Cir. Certiorari denied.

No. 11–735. THOMPSON *v.* GEORGIA. Ct. App. Ga. Certiorari denied.

No. 11–737. RIVERSIDE COUNTY, CALIFORNIA *v.* CALIFORNIA PUBLIC EMPLOYMENT RELATIONS BOARD ET AL. Ct. App. Cal., 4th App. Dist., Div. 2. Certiorari denied.